# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>CHAD MICHAEL LEHOFER<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:22-mj-87<br>)<br>) **UNDER SEAL**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 20, 2020 to June 17, 2020** in the city/county of **Fredericksburg** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(1) and (b)(1) | Transportation of Child Pornography. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Zoe Bedell
*Printed name and title*

*Complainant's signature*

DHS-HSI Special Agent Daniel Schneider
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone  *(specify reliable electronic means)*.

Date: 04/08/2022

Digitally signed by Ivan Davis
Date: 2022.04.08 11:40:07 -04'00'

*Judge's signature*

City and state:  Alexandria, Virginia

The Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*